IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

MIGUEL HUMBERTO ROMAN-CASTRO

    Movant.

No. 2:08-cr-0014 GEB DAD

<u>ORDER</u>

    Movant is a federal inmate proceeding pro se with a motion to modify his sentence pursuant to 28 U.S.C. § 2255. On March 15, 2012, the respondent filed notice that it had, on the same day, served the inmate with the sealed motion to dismiss the § 2255 motion. The respondent filed its motion to dismiss on May 29, 2010, but the court is apprised that the government had not attempted to serve the inmate with its motion to dismiss prior to March 15, 2012.

    Movant has not filed an opposition or any other response to the motion to dismiss. Local Rule 230(l) requires a prisoner to respond to a motion by filing an opposition within twenty-one days of service or by filing a statement of non-opposition. Failure to oppose a motion may be deemed a waiver of any objection against granting the motion. Here, a waiver of objection would mean dismissal of movant's § 2255 motion seeking to modify his sentence.

1

1    In light of his failure to respond, Miguel Humberto Roman-Castro, as the § 2255
2 movant in this case, will be provided approximately thirty days from the date of this order in
3 which to show cause why the motion to dismiss should not be granted. To comply with this
4 order, movant Roman-Castro should file either an opposition addressing the merits of the
5 government's motion to dismiss his § 2255 motion or a statement of non-opposition to the
6 dismissal of this action. Failure to comply with this order will result in a recommendation that
7 movant's § 2255 motion to modify his sentence be dismissed.
8    Accordingly, IT IS ORDERED that on ore before July 5, 2012, movant shall file
9 and serve his opposition or statement of non-opposition to the government's motion to dismiss
10 (Doc. No. 27) that was served on him on March 15, 2012.
11 DATED: June 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.hm
roma0014.ord(2).wpd