IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2:08-cr-0014 GEB DAD

vs.

MIGUEL HUMBERTO ROMAN-CASTRO

    Movant.

ORDER

/

Movant, a federal prisoner proceeding pro se, has requested that respondent's sealed May 29, 2010 motion to dismiss be granted. The court will construe petitioner's request in this regard as a request that this action be voluntarily dismissed. Pursuant to Fed. R. Civ. P. 41(a), movant's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of the Court is directed to close the companion civil case No. 2:10-cv-696 GEB DAD.

DATED: July 16, 2012.

DAD:8
castro14.dis

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1